# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. CITRUS SCIENCE COUNCIL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　　Defendants. | Case No.  1:17-cv-00680-LJO-SAB<br><br>ORDER GRANTING PRO HAC VICE APPLICATION OF ARI HOLTZBLATT<br><br>(ECF No. 8) |

　　　　The court has read and considered the application of Ari Holtzblatt, attorney for Plaintiffs, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Ari Holtzblatt's application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **May 23, 2017**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1