CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

PHILLIP A. TALBERT
Acting United States Attorney

JOHN P. TUSTIN (TX 24056458)
Trial Attorney
Environment & Natural Resources Division
Natural Resources Section

DANIEL SCHWEI (N.Y. Bar)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7340
Washington, DC 20530
Telephone: (202) 305-8693
Fax: (202) 616-8470
E-mail:  daniel.s.schwei@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. CITRUS SCIENCE COUNCIL; SANTA PAULA CREEK RANCH; CPR FARMS; GREEN LEAF FARMS, INC.; BRAVANTE PRODUCE; and RICHARD BAGDASARIAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; SONNY PERDUE, Secretary of Agriculture; and KEVIN SHEA, Administrator, Animal and Plant Health Inspection Service, <br><br> Defendants. | Case No. 1:17-CV-0680-LJO-SAB <br><br> **DEFENDANTS' NOTICE OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> DATE:   Thursday, January 25, 2018 <br> TIME:   8:30 a.m. <br> JUDGE:  The Hon. Lawrence J. O'Neill <br> PLACE:  Courtroom 4, 7th floor <br>         2500 Tulare Street <br>         Fresno, California |

PLEASE TAKE NOTICE that on January 25, 2018, at 8:30 a.m., or as soon thereafter as may be heard, Defendants will, and hereby do, move this Court to grant summary judgment in their favor.  This motion is filed pursuant to this Court's Scheduling Order (ECF No. 25) and Rule 56 of the Federal Rules of Civil Procedure.

Pursuant to the Scheduling Order, counsel for the parties met and conferred by telephone on November 15, 2017, discussing the topics identified in the Scheduling Order.  That discussion supplemented the parties' earlier meet-and-confer session on October 13, 2017, held in connection with Plaintiffs' motion for summary judgment.

Defendants hereby incorporate by reference the Joint Statement of Undisputed Facts previously agreed upon by the parties, filed in this action at ECF No. 35-7.  As discussed in that document, because this case is an action for review on an administrative record under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, "resolution of this matter does not require fact finding on behalf of this court." *Nw. Motorcycle Ass'n v. Dep't of Agric.*, 18 F.3d 1468, 1472 (9th Cir. 1994).  Nonetheless, consistent with the Scheduling Order, the parties' prior Joint Statement of Undisputed Facts is hereby incorporated by reference into this motion.

Defendants are not filing a separate Statement of Undisputed Facts under Local Rule 260 because, for the reasons discussed above, such a Statement is not required in an APA case like this one, *see Pinnacle Armor, Inc. v. United States*, 2012 WL 5307666, at *17 n.4 (E.D. Cal. Oct. 26, 2012) (O'Neill, C.J.), and because, even assuming such a Statement is required, Defendants believe that all material facts are captured in the parties' Joint Statement of Undisputed Facts. Accompanying this motion, however, is Defendants' Response to Plaintiffs' Statement of Undisputed Facts, previously filed at ECF No. 35-8.

Defendants' motion will be made in Courtroom 4 before the Honorable Lawrence J. O'Neill, United States District Judge, at the above-entitled Court located at 2500 Tulare Street in Fresno, California.  Defendants bring this motion on the grounds that Plaintiffs lack standing to pursue their claims, and because Defendants are entitled to summary judgment on the merits of each of the claims alleged in the Amended Complaint.

This motion is made upon this Notice, the memorandum in support, the parties' Joint

**DEFENDANTS' NOTICE OF MOTION AND
CROSS-MOTION FOR SUMMARY JUDGMENT**

Statement of Undisputed Facts, Defendants' Response to Plaintiffs' Statement of Undisputed

Facts, the Administrative Record, all other documents on file with the Court in this action, and

upon such oral and/or documentary evidence as may be presented at, before, and after the hearing

of this motion.  A proposed order granting the requested relief is submitted herewith.

Dated:  November 15, 2017          Respectfully submitted,

CHAD A. READLER                          JEFFREY H. WOOD
Acting Assistant Attorney General        Acting Assistant Attorney General
Civil Division                           Environment & Natural Resources Division
                                         United States Department of Justice
PHILLIP A. TALBERT
Acting United States Attorney            JOHN P. TUSTIN (TX 24056458)
                                         Trial Attorney
ERIC R. WOMACK                           United States Department of Justice
Assistant Branch Director                Environment & Natural Resources Division
                                         Natural Resources Section
*/s/  Daniel Schwei*                       P.O. Box 7611
DANIEL SCHWEI (N.Y. Bar)                  Washington, D.C. 20044
Senior Trial Counsel                     Telephone: (202) 305-3022
U.S. Department of Justice               Fax: (202) 305-0506
Civil Division, Federal Programs Branch  E-mail:  john.tustin@usdoj.gov
20 Massachusetts Ave. NW, Room 7340
Washington, DC 20530
Telephone: (202) 305-8693
Fax: (202) 616-8470
E-mail:  daniel.s.schwei@usdoj.gov       *Attorneys for Defendants*